Rochelle N. Belnap
The Arizona Credit Law Group, P.L.L.C.
700 E. Baseline Rd. Ste. C-3
Tempe, AZ 85283
State Bar No. 029172
Fax: (480) 907-7126
rochelle@azclg.com
Tel: (480) 907-6088

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael G. Liddicoat and Sally L. Liddicoat, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>New Penn Financial, LLC dba Shellpoint Mortgage Servicing, LLC; Equifax Information Services, L.L.C., a Georgia limited liability company; Experian Information Solutions, Inc., an Ohio corporation; & Trans Union, L.L.C., a Delaware limited liability company.<br><br>Defendants. | No: **2:15-cv-02262-SRB**<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS MICHAEL AND SALLY LIDDICOAT AND DEFENDANT TRANS UNION, LLC** |

Plaintiffs, Sally and Michael Liddicoat ("Plaintiffs") and Defendant Trans Union, LLC ("Trans Union") respectfully submit this Notice of Settlement and inform the Court as follows:

1. Plaintiffs have reached an agreement with Defendant to resolve the claims against Defendant.
2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

DATED: June 3, 2016

/s/ Rochelle N. Belnap
Rochelle N. Belnap
The Arizona Credit Law Group, PLLC
700 E Baseline Rd Suite C-3
Tempe, AZ 85283
***Attorneys for Plaintiffs***

/s/ Philip R. Wooten
Philip R. Wooten
philip.wooten@azbar.org
Philip R. Wooten PC
3413 E. Equestrian Trail
Arizona State Bar No. 007006
Phoenix., AZ 85044-3403
(480) 598-4330
(480) 598-4331 Fax
***Counsel for Trans Union LLC***

Notice of Settlement - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2016, the attached Notice of Settlement was served this day on the below listed Defendants through U.S. Mail and electronically through the Court's CM/ECF system.

/s/ Rochelle N Belnap

Rochelle N Belnap
The Arizona Credit Law Group, PLLC
700 E Baseline Rd Suite C-3
Tempe, AZ 85283
(480) 907-6088
*Attorney for Plaintiffs*

YU MOHANDESI LLP
Thuy Tran
633 W 5th St Ste 2800
Los Angeles, CA 90071
ttran@yumollp.com
*Attorney for New Penn Financial, LLC*

LEWIS ROCA ROTHGERBER CHRISTIE LLP
Todd D. Erb – 027122
201 E Washington St Ste 1200
Phoenix, AZ 85004-2595
terb@lrrc.com
*Local Counsel for New Penn Financial, LLC*

KING & SPALDING
N. Charles Campbell II
1180 Peachtree St NE
Atlanta, GA 30309
ccampbell@kslaw.com
*Attorney for Equifax Information Services LLC*

JONES DAY
Alexandra Fries
555 S Flower St. 50th Floor
Los Angeles, CA 90071-2300
Afries@JonesDay.com
*Attorney for Experian Information Solutions, Inc.*