# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael G Liddicoat, et al., | No. CV-15-02262-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Shellpoint Mortgage Servicing, et al., | |
| Defendants. | |

On June 7, 2016, upon receipt of a Notice of Settlement, this Court issued an order that this case would be dismissed as to Defendant Trans Union, LLC with prejudice within 30 days of the date of the order if a stipulation to dismiss was not filed prior to the dismissal date.  As of the date of this order, no stipulation to dismiss has been filed.

IT IS ORDERED dismissing this case as to Defendant Trans Unions, LLC only with prejudice.

Dated this 8th day of July, 2016.

_____
Susan R. Bolton
United States District Judge