Rochelle N. Poulton
The Arizona Credit Law Group, P.L.L.C.
700 E. Baseline Rd. Ste. C-3
Tempe, AZ 85283
State Bar No. 029172
Fax: (480) 907-7126
rochelle@azclg.com
Tel: (480) 907-6088

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael G. Liddicoat and Sally L. Liddicoat, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>New Penn Financial, LLC dba Shellpoint Mortgage Servicing, LLC; Equifax Information Services, L.L.C., a Georgia limited liability company; Experian Information Solutions, Inc., an Ohio corporation.<br><br>Defendants. | No: **2:15-cv-02262-SRB**<br><br>**STIPULATED MOTION TO DISMISS EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiffs, through undersigned counsel, and Defendant Equifax Information Services, LLC having reached a settlement in the above referenced matter, hereby stipulate and jointly move to dismiss Plaintiffs claims against Equifax Information Services, LLC with prejudice. Each party to bear its own costs and attorney's fees.

RESPECTFULLY SUBMITTED this 22nd day of August, 2016.

/s/ Rochelle N. Poulton
Rochelle N. Poulton
The Arizona Credit Law Group, PLLC
700 E. Baseline Rd. Suite C-3
Tempe, AZ 85283
*Attorney for Plaintiffs*

/s/ Jacob C. Jones
Jacob C. Jones
Snell & Wilmer LLP
One Arizona Center
400 E Van Buren Ste 1900
Phoenix, AZ 85004-2202

*Attorney for Defendant Equifax Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22nd, 2016 the attached Stipulated Motion to Dismiss was served this day on the below listed Defendants using with Court's electronic CM/ECF system and via US Mail.

/s/ Rochelle N Poulton

Rochelle N Poulton
The Arizona Credit Law Group, PLLC
700 E Baseline Rd Suite C-3
Tempe, AZ 85283
(480) 907-6088
*Attorney for Plaintiffs*

Jacob C. Jones
Snell & Wilmer LLP
One Arizona Center
400 E Van Buren Ste 1900
Phoenix, AZ 85004-2202
*Local Counsel for Equifax Information Services, LLC*

Thuy Tran
Yu Mohandesi LLP
633 W 5th St Ste 2800
Los Angeles, CA 90071
*Counsel for New Penn Financial*

N. Charles Campbell, II
KING & SPALDING LLP
1180 Peachtree St.
Atlanta, GA 30303
*Attorney for Defendant Equifax Information Solutions, Inc.*

Alexandra Fries
Jones Day
555 S Flower St. 50th Floor
Los Angeles, CA 90071-2300
Email: Afries@JonesDay.com
*Counsel for Experian Information Solutions*

Todd D. Erb
Lewis Roca Rothgerber Christie LLP
201 E Washington St Ste 1200
Phoenix, AZ 85004-2595
Email: terb@lrrc.com
*Local Counsel for Shellpoint Mortgage Servicing*