# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael G. Liddicoat and Sally L. Liddicoat, husband and wife,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>New Penn Financial, LLC dba Shellpoint Mortgage Servicing, LLC; Equifax Information Services, L.L.C., a Georgia limited liability company; Experian Information Solutions, Inc., an Ohio corporation.<br><br>　　　　　　　Defendants. | No: **2:15-cv-02262-SRB**<br><br>**ORDER** |

　　　The Court having received and considered the Stipulated Motion to Dismiss, the Court being fully advised and good cause appearing,

　　　IT IS HEREBY ORDERED that the motion be Granted and Equifax Information Services, LLC be dismissed with prejudice and each party to bear its own costs and attorney fees.

　　　　　Dated this 22nd day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　　　　　　　United States District Judge