# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael G. Liddicoat and Sally L. Liddicoat, husband and wife,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>New Penn Financial, LLC dba Shellpoint Mortgage Servicing, LLC; Equifax Information Services, L.L.C., a Georgia limited liability company; Experian Information Solutions, Inc., an Ohio corporation.<br><br>　　　　　　Defendants. | No: **2:15-cv-02262-SRB**<br><br>**ORDER** |

　　The Court having received and considered the Stipulated Motion to Dismiss, the Court being fully advised and good cause appearing,

　　IT IS HEREBY ORDERED that the motion be Granted and Experian Information Solutions, Inc. be dismissed with prejudice and each party to bear its own costs and attorney fees.

　　Dated this 22nd day of August, 2016.

_____
Susan R. Bolton
United States District Judge