Rochelle N. Poulton
The Arizona Credit Law Group, P.L.L.C.
700 E. Baseline Rd. Ste. C-3
Tempe, AZ 85283
State Bar No. 029172
Fax: (480) 907-7126
rochelle@azclg.com
Tel: (480) 907-6088

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael G. Liddicoat and Sally L. Liddicoat, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>New Penn Financial, LLC dba Shellpoint Mortgage Servicing, LLC.<br><br>Defendants. | No: **2:15-cv-02262-SRB**<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS MICHAEL AND SALLY LIDDICOAT AND DEFENDANT NEW PENN FINANCIAL, LLC** |

Plaintiffs, Sally and Michael Liddicoat ("Plaintiffs") and Defendant New Penn Financial, LLC dba Shellpoint Mortgage Servicing, LLC ("Shellpoint") respectfully submit this Notice of Settlement and inform the Court as follows:

1. Plaintiffs have reached an agreement with Defendant to resolve all claims against Defendant.
2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

DATED: August 25, 2016

/s/ Rochelle N. Poulton
Rochelle N. Poulton
The Arizona Credit Law Group, PLLC
700 E Baseline Rd Suite C-3
Tempe, AZ 85283
***Attorney for Plaintiffs***

/s/ Thuy Tran
Thuy Tran
YU MOHANDESI LLP
633 W 5th St Ste 2800
Los Angeles, CA 90071
***Attorney for New Penn Financial, LLC***

Notice of Settlement - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2016, the attached Notice of Settlement was served this day on the below listed Defendants through U.S. Mail and electronically through the Court's CM/ECF system.

/s/ Rochelle N Poulton
Rochelle N Poulton
The Arizona Credit Law Group, PLLC
700 E Baseline Rd Suite C-3
Tempe, AZ 85283
(480) 907-6088
*Attorney for Plaintiffs*

YU MOHANDESI LLP
Thuy Tran
633 W 5th St Ste 2800
Los Angeles, CA 90071
ttran@yumollp.com
*Attorney for New Penn Financial, LLC*

Notice of Settlement - 3