**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Michael G. Liddicoat and Sally L. Liddicoat, husband and wife,<br><br>Plaintiffs,<br>v.<br><br>New Penn Financial, LLC dba Shellpoint Mortgage Servicing, LLC<br><br>Defendants. | No: **2:15-cv-02262-SRB**<br><br>**ORDER** |
|---|---|

The Court having received and considered the Stipulated Motion to Dismiss, the Court being fully advised and good cause appearing,

IT IS HEREBY ORDERED that the motion be Granted and New Penn Financial, LLC dba Shellpoint Mortgage Servicing, LLC be dismissed with prejudice and each party to bear its own costs and attorney fees.

Dated this 19th day of September, 2016.

_____
Susan R. Bolton
United States District Judge